UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
DORDLY BAPTISTE,

               Plaintiff,

  - against -

ANDREW CUOMO and RICHARD SKINNER,
Attorney General, JANET NAPOLITANO,
Secretary of Department of Homeland
Security, CHRISTOPHER SHANAHAN, U.S. Ice
Field Office Director for the New York
Field Office, and Warden of Immigration
Detention Facility, GEORGE W. BUSH, ERIC
H. HOLDER, BILL CLINTON, BARACK OBAMA,
HILLARY CLINTON,

               Defendants.
------------------------------------- X

09 Civ. 7939

**ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/09

**VICTOR MARRERO, United States District Judge.**

    Petitioner Dordly Baptiste ("Baptiste"), a citizen of Haiti, filed the instant petition[1] seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He challenges his detention in the custody of the United States Immigration and Customs Enforcement ("ICE") pursuant to an order of removal issued by an ICE Immigration Judge on July 15, 2009. The gist of Baptiste's petition is that he is being harassed by the actions of "Corrupt Law Officials in the NYPD, NYPD Jail, Supreme and Criminal Court of New York" because he presented twelve years of evidence against them and their covering up for their corruption, and that he possesses evidence of his

---

[1] On the caption and in paragraph 7 of the body, the petition incorrectly names Andrew Cuomo and Richard Skinner as Attorney General of the United States.

innocence of charges brought against him. (Petition ¶¶ 13, 14).

Upon review of Baptiste's papers, the Court finds that it appears from the application that Baptiste is not entitled to the relief he seeks. See 28 U.S.C. § 2243. Accordingly, it is hereby

**ORDERED** that the petition of Dordly Baptiste ("Baptiste") herein for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED.

As Baptiste has failed to make a substantial showing of the denial of a constitutional right, the Court declines to issue a certificate of appealability. See 28 U.S.C. § 2253.

The Clerk of Court is directed to withdraw any pending motions and to close this case.

**SO ORDERED.**

Dated:   New York, New York
         22 September 2009

                                    VICTOR MARRERO
                                       U.S.D.J.